IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ALFRED STARLING,               *

    Petitioner,             *

vs.                           *

WARDEN DARRIN MYERS,      *    CASE NO. 4:22-cv-30-CDL-AGH

    Respondent.           *

                              *

_____

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 9, 2026 is hereby approved, adopted, and made the Order of the Court. The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit. The Court also denies Petitioner's Motion to Stay (ECF No. 44) because Petitioner did not demonstrate that circumstances exist warranting a stay.

IT IS SO ORDERED, this 4th day of February, 2026.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA